UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

THERESE DARKESE,

   Plaintiff,

CASE NO.:  6:16-CV-1185-Orl-41GJK

-vs-

CREDIT ONE BANK, N.A.,

   Defendant

## NOTICE OF PENDING SETTLEMENT

Plaintiff, THERESE DARKESE, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, THERESE DARKESE, and Defendant, CREDIT ONE BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, I electronically served the foregoing document on the following parties or their counsel of record: Michael Schuette, Esq., Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Drive, Ste. 195, Tampa, FL 33618 (mschuette@sessions.legal; ycolon@sessions.legal); Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (dvanhoose@sessions.legal; evap@sessions.legal).

                                            /s/Frank H. Kerney, III, Esquire
                                            Frank H. Kerney, III, Esquire
                                            Florida Bar #: 88672
                                            Morgan & Morgan, Tampa, P.A.
                                            One Tampa City Center
                                            201 North Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Telephone: (813) 223-5505
                                            Facsimile:  (813) 223-5402
                                            fkerney@forthepeople.com
                                            jkneeland@forthepeople.com
                                            cfallara@forthepeople.com
                                            Counsel for Plaintiff